1  KAZEROUNI LAW GROUP, APC
2  Abbas Kazerounian, Esq. (SBN: 249203)
3  ak@kazlg.com
   Nick Barthel, Esq. (SBN: 319105)
4  nicholas@kazlg.com
5  245 Fischer Avenue, Unit D1
   Costa Mesa, CA 92626
6  Telephone: (800) 400-6808
7  Facsimile: (800) 520-5523

8  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD BAUMRIND, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SHREDZ SUPPLEMENTS, LLC,**<br><br>Defendant. | Case No.: 8:20-cv-00645-JVS-KES<br><br>**JOINT MOTION FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>**Hon. James V. Selna** |

---

**JOINT DISMISSAL WITHOUT PREJUDICE; Case No. 8:20-cv-00645-JVS-KES**
-1-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard Baumrind and Defendant Shredz Supplements, LLC hereby stipulate to dismissal of this action in its entirety, without prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class.  Each party shall bear their own fees and costs.

Date: June 29, 2020                                    **KAZEROUNI LAW GROUP, APC**

By:*/s/ Nicholas R. Barthel*
   Nicholas Barthel
   nicholas@kazlg.com
   Attorneys for Plaintiff

Dated:  June 29, 2020

**The Law Office of John F. Olsen, LLC**

By: */s/. John F. Olsen*

John Olsen
2500 Broadway, Building F, Suite F-125
Santa Monica, CA 90404
Phone: (973) 932-0474
tel.  (973) 932-0474
fax (973) 453-8264
cell (862) 596-7895
www.jfolsenlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

I, Nicholas Barthel, am one of the attorneys of record for Plaintiff, certify that attorney of record for Defendant, has authorized the filing of this Joint Stipulation. Further, I have obtained and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

By:   s/ *Nicholas Barthel*
          NICHOLAS BARTHEL