# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD BAUMRIND, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SHREDZ SUPPLEMENTS, LLC,**<br><br>Defendant. | Case No.: 8:20-cv-00645-JVS-KES<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Hon. James V. Selna |

Having considered Plaintiff Richard Baumrind and Defendant Shredz Supplements, LLC's Joint Motion for Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the Joint Motion and orders the action dismissed in its entirety, without prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class.  Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: June 30, 2020       By: _____
                               Hon. James V. Selna
                               U.S. District Court Judge